Jorge Alberto SIERRA–MONDRAGON, a.k.a. Jorge Sierra, a.k.a. Jorge Sierra Mondragon, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 09–72598.

United States Court of Appeals, Ninth Circuit.

Submitted July 19, 2010.*

Filed Aug. 2, 2010.

Jorge Alberto Sierra–Mondragon, El Centro, CA, pro se.

OIL, Briena Strippoli, Esquire, Trial, U.S. Department of Justice, Washington, DC, Ronald E. LeFevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: B. FLETCHER, REINHARDT, and WARDLAW, Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Jorge Alberto Sierra–Mondragon, a native and citizen of Honduras, petitions for review of the Board of Immigration Appeals' order summarily affirming an immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law, *Vasquez–Zavala v. Ashcroft,* 324 F.3d 1105, 1107 (9th Cir.2003), and we deny the petition for review.

Sierra–Mondragon failed to raise in his opening brief, and has therefore waived, any challenge to the agency's determination that his 2008 conviction was an aggravated felony. *Husyev v. Mukasey,* 528 F.3d 1172, 1183 (9th Cir.2008). The agency's aggravated felony determination renders Sierra–Mondragon ineligible for section 212(c) relief. 8 C.F.R. § 1212.3(f)(4).

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.